UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS Le'ROY HENNAGAN, JR., ) | 1:02-CV-6097 AWI SMS P |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| v. ) | (DOCUMENT #95) |
| GAIL LEWIS, et al., ) | |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2005, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   July 7, 2005**          /s/ Sandra M. Snyder
b6edp0                        UNITED STATES MAGISTRATE JUDGE